## PONTEFACT et al. v. ISENBERGER.

(Circuit Court, S. D. New York. December 21, 1900.)

TRADE-MARKS—INJUNCTION.
    Where plaintiffs have the sole right to use the trade-mark "Golden Wedding," as applied to whisky of their production, defendant will be restrained from refilling plaintiffs' barrels carrying such trade-mark, to palm off his product as that of the plaintiffs.

In Equity.

A. H. Clarke, for plaintiffs.
Rose & Putzel, for defendant.

WHEELER, District Judge. This cause has been submitted upon an agreed statement of facts. It shows that the plaintiffs have the sole right to the use of the trade-mark "Golden Wedding," as applied

to the whisky of their production, and that the defendant has refilled the plaintiffs' barrels carrying the trade-mark, to palm off his product as that of the plaintiffs. The plaintiffs are, therefore, entitled to a decree according to the terms of the stipulation. Decree for plain· tiffs for $350, according to stipulation.